W. J. Epperson, Appellant, v. The Marshburn Company, a Corporation, and M. T. Marshburn, Appellees.

*Thomas W. Fielding* and *J. C. Adkins,* for Appellant;

*Baxter & Clayton,* for Appellees.

W. J. Epperson, Appellant, v. The Marshburn Company, a Corporation, and M. T. Marshburn, Appellees.

*Thomas W. Fielding* and *J. C. Adkins,* for Appellant;

*Baxter & Clayton,* for Appellees.

M. H. Rosenhouse, Appellant, v. Hagemann Realty Company, et al., Appellees.

*M. H. Rosenhouse,* for the motion.